Dismissed and Memorandum Opinion filed October 29,
2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00655-CV

____________

 

JAMES CHARBONNEAU, Appellant

 

V.

 

TOMBALL REGIONAL MEDICAL CENTER, Appellee

 



 

On Appeal from the 113th District Court

Harris County, Texas

Trial Court Cause No. 2008-50783

 



 

M E M O R
A N D U M   O P I N I O N

This appeal is from a judgment signed May 12, 2009.  No clerk=s record has been filed.  On
September 24, 2009, the clerk responsible for preparing the record in this
appeal informed the court appellant did not make arrangements to pay for the
record.  

On September 28, 2009, notification was transmitted to all
parties of the court's intention to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b). Appellant
has not provided this court with proof of payment for the record, and the
record has not been filed. 

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Seymore and Sullivan.